```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

IN RE: BARRY CLIFFORD ALDERMAN AND   {   CHAPTER 13
       KIM RAMPLEY ALDERMAN,         {
                                     {
       DEBTOR(S)                     {   CASE NO. A17-66980-BEM
                                     {
                                     {   JUDGE ELLIS-MONRO

## OBJECTION TO CONFIRMATION

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1. The Debtor(s) has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

    2. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

    3. The Chapter 13 Plan fails to provide for the correct applicable commitment period, in violation of 11 U.S.C. Section 1325(b)(1)(B) and 1325(b)(4).

    4. The Debtor's Chapter 13 plan fails to specify whether they are paying the adequate protection payment direct to the creditor, or through the Chapter 13 Plan, preventing the Trustee from properly administering the plan.

    5. The Debtor(s) has failed to provide adequate notice to Silvercreek Homeowners Association, in violation of 11 U.S.C. Section 342.

    6. The Debtor(s)' budget proposes to make monthly charitable contributions in the amount of $400.00. The Debtor(s) should provide written evidence sufficient to establish a consistent pattern of contributing prior to the filing of the instant case. 11 U.S.C. Section 1325 (b)(2)(A).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
sonyab@atlch13tt.com

      7. The Form 122C-1 appears to claim an incorrect amount for line item 16b and the Form 122C-2 appears to claim an incorrect amount for line items 5, 6, 7, 8 and 9.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

    November 15, 2017

                                  _____/s/_____
                                  Sonya M. Buckley, Attorney
                                  For Chapter 13 Trustee
                                  GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA   30303-1740
(404) 525-1110
sonyab@atlch13tt.com

A17-66980-BEM

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served

DEBTOR(S):

BARRY CLIFFORD ALDERMAN
903 WHISTLER LANE
CANTON, GA 30114

KIM RAMPLEY ALDERMAN
903 WHISTLER LANE
CANTON, GA 30114

ATTORNEY FOR DEBTOR(S):

SLIPAKOFF & SLOMKA, PC
OVERLOOK III - SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA 30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 15th day of November 2017

_____/s/_____
Sonya M. Buckley, Attorney
For Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 - 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
sonyab@atlch13tt.com