IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>BARRY CLIFFORD ALDERMAN and KIM RAMPLEY ALDERMAN,<br><br>Debtors. | CASE NO. 17-66980-bem<br><br>CHAPTER: 13<br><br>JUDGE: HONORABLE BARBARA ELLIS-MONRO |

OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE

COMES NOW Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as 903 Whistler Ln, Canton, GA  30114, and for the reasons stated below, objects to confirmation of the Plan and moves to dismiss this case, as follows:

1. Creditor anticipates filing a pre-petition arrearage claim in the approximate amount of $19,814.30, more particularly described in the proof of claim once filed. The plan calls for an estimated pre-petition arrearage amount of $19,180.34 with monthly disbursements on this claim in the amount of $348.00 to start June, 2018. Debtor has underestimated the amount of the arrearage due to the Creditor, and for this reason, Creditor objects. Creditor also objects to the significant delay of repayment of the arrearage.

2. Creditor reserves the right to raise the failure of Debtor to have made post-petition payments, if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan and moves to dismiss this case. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/ Bryce Noel

---

Bryce Noel, Bar No.: 620796
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: BNoel@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>BARRY CLIFFORD ALDERMAN and KIM RAMPLEY ALDERMAN,<br><br>    Debtor. | Case No. 17-66980-BEM<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the December 5, 2017, I served a copy of OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE which was filed in this bankruptcy matter on the December 5, 2017, in the manner indicated:

**The following parties have been served via e-mail**:

Howard P. Slomka
se@myatllaw.com

Mary Ida Townson
courtdailysummary@atlch13tt.com

**The following parties have been served via U.S. First Class Mail**:

 Barry Clifford Alderman
903 Whistler Lane
Canton, GA 30114

 Kim Rampley Alderman
903 Whistler Lane
Canton, GA 30114


**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: December 5, 2017

Signature: /s/Kewanna D. Vergara
Printed Name: KEWANNA D. VERGARA
Address:   Aldridge Pite, LLP
           Fifteen Piedmont Center
           3575 Piedmont Road, N.E., Suite 500
           Atlanta, GA 30305
Phone:     (858) 750-7600
Fax:       (619) 590-1385