UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


**TRUSTEE'S SUPPLEMENTAL REPORT**

FOLLOWING ORDER ENTERED ON DOCKET ON APRIL 11, 2018


CASE NO.: A17-66980-SMS    JUDGE:  SIGLER

DEBTOR(S): BARRY C. ALDERMAN AND KIM R. ALDERMAN


TRUSTEE TO REPORT BACK

    WHETHER DEBTOR(S) PAYMENTS CURRENT

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

    RECOMMENDS DISMISSAL BECAUSE:  THE DEBTOR HAS FAILED
TO COMPLY WITH THE PAYMENT TERMS OF THE ABOVE-STATED ORDER;
THE TRUSTEE HAS NOT RECEIVED ANY PLAN PAYMENTS IN THIS CASE
SINCE JULY  3, 2018.

    PLEASE ENTER ORDER OF DISMISSAL


October 3, 2018


                         /s
                    _____
                    K. Edward Safir, Esq.
                    for Chapter 13 Trustee
                    GA Bar No. 622149




Mary Ida Townson, Chapter 13 Trustee
Suite 2200- 191 Peachtree Street, N.E.
Atlanta, Georgia 30303-1740
(404) 525-1110
eds@atlch13tt.com

## CERTIFICATE OF SERVICE

       This is to certify that I have this day served

DEBTOR(S):

BARRY C. ALDERMAN
903 WHISTLER LANE
CANTON, GA 30114

KIM R. ALDERMAN
903 WHISTLER LANE

ATTORNEY FOR DEBTOR(S):

SLIPAKOFF & SLOMKA, PC
2859 PACES FERRY RD, SE
STE 1700
ATLANTA, GA 30339


the above in the foregoing matter with a copy of this
pleading by depositing same in the United States Mail in a
properly addressed envelope with adequate postage thereon.

This 3rd   day of October, 2018

_____/s_____
K. Edward Safir, Esq.
for Chapter 13 Trustee
GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
Suite 2200- 191 Peachtree Street, N.E.
Atlanta, Georgia 30303-1740
(404) 525-1110
eds@atlch13tt.com